DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHECKINGSON SINCLAIR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-674

[August 12, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562014CF003328A.

Checkingson Sinclair, Chipley, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***